427 A.2d 1188

Marlite etc. v. Cavalieri Associates, Inc., Appellant.

Submitted September 13, 1979. Jeffrey S. Kahn, for appellants; James J. Heffernen, for appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Order affirmed.

427 A.2d 1188

Ocheltree, Appellant v. Ocheltree.

Argued November 14, 1979. Jon M. Lewis, for appellant; Irving M. Green, submitted a brief on behalf of appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Order of the lower court reversed and case remanded for further proceedings in the action for partition.

* Judge Donald E. Wieand is sitting by special designation.